# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES R. BLACKMON, et al., individually and on behalf of all others similarly situated, Plaintiff, | CIVIL ACTION NO. 5:20-CV-00988-JKP-ESC |
| v. | |
| ZACHRY HOLDINGS, INC., et al., Defendant. | |

## MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Pursuant to Rule CV-26 of the United States District Court for the Western District of Texas, Plaintiffs, James R. Blackmon, Justin M. Rozelle, Eric A. Myers, and Jared Munson (collectively, "Plaintiffs"), with the consent of Defendants, Zachry Holdings, Inc. and the Compensation and Benefits Committee of Zachry Holdings, Inc. (collectively, "Defendants" and together with Plaintiffs, the "Parties"), hereby move the Court for entry of a Confidentiality and Protective Order ("Proposed Protective Order," attached hereto as Exhibit A).  Because the Parties have met and conferred and are in agreement as to the terms of the Proposed Protective Order, and because the Proposed Protective Order is largely in the form set forth in Appendix H of the local rules of this Court, Plaintiffs submit that there is good cause to grant this motion.

DATED: June 2, 2021

Respectfully submitted,

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
Miller Shah LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
         lrubinow@millershah.com

James C. Shah
Michael P. Ols
Alec J. Berin
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
   mpols@millershah.com
   ajberin@millershah.com

Kolin C. Tang
Miller Shah LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
   gabriellek@capozziadler.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Dan E. Martens (State Bar No. 13050500)
The Law Office of Dan E. Martens
17101 Preston Road, Suite 160 S
Dallas, TX  75248
Telephone: (972) 335-3888
Facsimile: (972)335-5805
Email: dmartens@danielmartens.com

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*