IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, JARED MUNSON, | § § § § | |
| | § | SA-20-CV-00988-JKP |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| ZACHARY HOLDINGS, INC., CHIEF EXECUTIVE OFFICER OF ZACHARY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHARY HOLDINGS, INC., JOHN DOES 1-10, WHOSE NAMES ARE CURRENTLY UNKNOWN; | § § § § § § § § § | |
| *Defendant.* | § | |

## ORDER CANCELING STATUS CONFERENCE

Before the Court is the above-styled cause of action, which is set for a telephonic status conference on November 10, 2021. On November 8, 2021, the parties filed a Joint Status Report [#60], informing the Court that they have reached an agreement in principle to settle this litigation. The parties request that the Court cancel the status conference in light of the settlement and propose a deadline of December 8, 2021 for Plaintiffs to file their dismissal papers.

**IT IS THEREFORE ORDERED** that the status conference set for November 10, 2021, at 11:00 a.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that the parties file a stipulation of dismissal on or before **December 8, 2021**.

**IT IS FURTHER ORDERED** that all current deadlines and settings are **VACATED** in light of the settlement.

SIGNED this 9th day of November, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE