IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, JARED MUNSON, | § § § § | |
| | § | SA-20-CV-00988-JKP |
| *Plaintiffs,* | § § § | |
| vs. | § § | |
| ZACHARY HOLDINGS, INC., CHIEF EXECUTIVE OFFICER OF ZACHARY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHARY HOLDINGS, INC., JOHN DOES 1-10, WHOSE NAMES ARE CURRENTLY UNKNOWN; | § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the parties' Agreed Motion and Proposed Order for Entry of Deadline for Preliminary Approval [#62]. By their motion, the parties inform the Court that they have reached an agreement in principle to resolve the above-captioned action and are presently working to memorialize their agreement. As this case is a proposed class action, Rule 23(e) requires the Court's approval of the settlement before the issuance of a final judgment dismissing the claims. The Court previously ordered the parties to file dismissal papers by December 8, 2021 [#61]. In lieu of this deadline, the parties ask the Court for a new deadline for Plaintiffs file a motion for preliminary approval of the settlement, along with the settlement agreement, notice plan, and all other supporting papers to satisfy Rule 23. The Court will grant the motion. After Plaintiffs file their motion, the Court will schedule a fairness hearing.

1

**IT IS THEREFORE ORDERED** that the parties' Agreed Motion and Proposed Order for Entry of Deadline for Preliminary Approval [#62] is **GRANTED**.

**IT IS FURTHER ORDERED** that the previous Order imposing a deadline of December 8, 2021, for filing of dismissal papers [#61] is hereby **VACATED**.

**IT IS FINALLY ORDERED** that Plaintiffs file a motion for preliminary approval of settlement, along with all necessary supporting papers, on or before **January 7, 2022**.

SIGNED this 3rd day of December, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE