IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, and JERED MUNSON Individually and as representatives of a class of similarly situated persons, on behalf of the ZHI 401(K) RETIREMENT SAVINGS PLAN,<br><br>Plaintiffs,<br>v.<br><br>ZACHRY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHRY HOLDINGS, INC.; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 5:20-cv-00988<br><br><br><br><br><br><br><br><br><br><br><br><br><br>January 21, 2022 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, James R. Blackmon, Justin M. Rozelle, Eric A. Myers, and Jered Munson (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class and the ZHI 401(k) Retirement Savings Plan ("Plan"), hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order preliminarily approving the Settlement Agreement[1] dated January 21, 2022 filed herewith.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Settlement Agreement (the

---

[1] Terms not defined herein shall have the same meaning as in the Settlement Agreement.

"Settlement") is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom have significant experience in complex litigation of this type and are well-informed regarding all of the issues in this litigation based upon the comprehensive manner in which this matter was litigated by both sides. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and, if the Court deems necessary, schedule a preliminary approval hearing at its earliest convenience.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion.

Dated: January 21, 2022               Respectfully submitted,

/s/ *Laurie Rubinow*
MILLER SHAH LLP
James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Nathan C. Zipperian
MILLER SHAH LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nczipperian@millershah.com

Ronald S. Kravitz
Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
kctang@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
gabriellek@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

        Dan E. Martens (State Bar No. 13050500)
        The Law Office of Dan E. Martens
        17101 Preston Road, Suite 160 S
        Dallas, TX  75248
        Telephone: (972) 335-3888
        Facsimile: (972)335-5805
        Email: dmartens@danielmartens.com

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2022, I caused the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement to be filed electronically via the Court's CM/ECF system and served on all counsel of record by operation of that system.

/s/ Laurie Rubinow
Laurie Rubinow