IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, and JERED MUNSON Individually and as representatives of a class of similarly situated persons, on behalf of the ZHI 401(K) RETIREMENT SAVINGS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ZACHRY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHRY HOLDINGS, INC.; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 5:20-cv-00988<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 31, 2022 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, James R. Blackmon, Justin M. Rozelle, Eric A. Myers, and Jered Munson (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class and the ZHI 401(k) Retirement Savings Plan ("Plan"), hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (1) preliminarily approving the Settlement; (2) awarding attorneys' fees of 33 1/3% of the Gross Settlement Amount ($625,000) and payment of necessary and reasonable litigation expenses in the amount of $43,372.06; and (3) awarding $12,500 each to Plaintiffs as case contribution awards.[1]

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully

---

[1] A [Proposed] Final Approval Order and Judgment is attached as Exhibit D to the Settlement Agreement (ECF No. 65-3).

submit that the proposed settlement memorialized in the Settlement Agreement (the "Settlement"), as well as the requested attorneys' fees, expenses, and case contribution awards are fair, reasonable, and adequate, and should be finally approved.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion.

Dated: May 31, 2022                                  Respectfully submitted,

/s/ *Laurie Rubinow*
MILLER SHAH LLP
James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
         lrubinow@millershah.com

Nathan C. Zipperian
MILLER SHAH LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nczipperian@millershah.com

Ronald S. Kravitz
Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
         kctang@millershah.com

        James C. Shah
        Alec J. Berin
        MILLER SHAH LLP
        1845 Walnut Street, Suite 806
        Philadelphia, PA 19103
        Telephone: (610) 891-9880
        Facsimile: (866) 300-7367
        Email: jcshah@millershah.com
              ajberin@millershah.com

        Mark K. Gyandoh
        Gabrielle Kelerchian
        CAPOZZI ADLER, P.C.
        312 Old Lancaster Road
        Merion Station, PA 19066
        Telephone: (610) 890-0200
        Facsimile: (717) 233-4103
        Email: markg@capozziadler.com
        gabriellek@capozziadler.com

        Donald R. Reavey
        CAPOZZI ADLER, P.C.
        2933 North Front Street
        Harrisburg, PA 17110
        Telephone: (717) 233-4101
        Facsimile: (717) 233-4103
        Email: donr@capozziadler.com

        Dan E. Martens (State Bar No. 13050500)
        The Law Office of Dan E. Martens
        17101 Preston Road, Suite 160 S
        Dallas, TX  75248
        Telephone: (972) 335-3888
        Facsimile: (972)335-5805
        Email: dmartens@danielmartens.com

        *Attorneys for Plaintiffs, the Plan,*
        *and the Settlement Class*

**CERTIFICATE OF SERVICE**

    I certify that, on May 31, 2022, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system and automatically copied to all counsel of record.

/s/ *Laurie Rubinow*
Laurie Rubinow

*Attorneys for Plaintiffs, the Plan,
and the Settlement Class*