# EXHIBIT A

**Class Counsel Lodestar**

Miller Shah LLP Lodestar

| Timekeeper | Role | Billable Hours | Total Time | Hourly Rate | Lodestar |
|---|---|---|---|---|---|
| Alec J. Berin | Associate Attorney | 241.40 | 241.40 | $575 | $138,805.00 |
| Jillian M. Boyce | Supervising Paralegal | 22.10 | 22.10 | $275 | $6,077.50 |
| Jonathan A. Dilger | Research Director | 101.40 | 101.40 | $500 | $50,700.00 |
| Betsy A. Ferling | Senior Paralegal | 41.10 | 41.10 | $250 | $10,275.00 |
| Samantha Kielbania | Project Analyst | 13.70 | 13.70 | $225 | $3,082.50 |
| Ian S. Lam | Law Clerk | 10.30 | 10.30 | $275 | $2,832.50 |
| James E. Miller | Partner | 76.30 | 76.30 | $1100 | $83,930.00 |
| Michael Ols | Associate Attorney | 91.40 | 91.40 | $475 | $43,415.00 |
| Laurie Rubinow | Partner | 32.60 | 32.60 | $850 | $27,710.00 |
| Stephen Rutkowski | Project Analyst | 66.10 | 66.10 | $225 | $14,872.50 |
| Kolin C. Tang | Sr. Associate/ Partner | 68.80 | 68.80 | $625 | $43,000.00 |
| **Totals** | | **765.20** | **765.20** | | **$424,700.00** |

Capozzi Adler, P.C. Lodestar

| Timekeeper | Role | Billable Hours | Total Time | Hourly Rate | Lodestar |
|---|---|---|---|---|---|
| Don Reavey | Partner | 102 | 102 | $885 | $90,270.00 |
| Gabrielle Kelerchian | Associate Attorney | 42 | 42 | $550 | $23,100.00 |
| Hugh Murchie | Intern | 7.4 | 7.4 | $250 | $1,850.00 |
| Kendall Adams | Paralegal | 10.4 | 10.4 | $250 | $2,600.00 |
| Lauren Phillips | Paralegal | 17.6 | 17.6 | $335 | $5,896.00 |
| Linda Gussler | Paralegal | 37.5 | 37.5 | $350 | $13,125.00 |
| Mark Gyandoh | Partner | 29.9 | 29.9 | $885 | $26,461.50 |
| **Totals** | | **246.8** | **246.8** | | **$163,302.50** |

## Class Counsel Expenses

| Miller Shah LLP Expenses | |
|---|---|
| **Category** | **Amount** |
| Computer Research/Access | $606.76 |
| Experts/Investigators | $14,312.50 |
| Internal Copying | $1,622.20 |
| Filing Fees/Summons/Couriers | $2,963.39 |
| Mediation | $15,000.00 |
| Postage | $14.90 |
| Telephone | $6.80 |
| **Miller Shah Total** | **$34,526.55** |
| | |
| **Co-Counsel Expenses** | **$8,845.51** |
| | |
| **Total Expenses** | **$43,372.06** |