IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKMON, JUSTIN M. ROZELLE, ERIC A. MYERS, JARED MUNSON, | § § § § § § § | |
| *Plaintiffs,* | | SA-20-CV-00988-JKP |
| vs. | | |
| ZACHARY HOLDINGS, INC., CHIEF EXECUTIVE OFFICER OF ZACHARY HOLDINGS, INC., THE COMPENSATION AND BENEFITS COMMITTEE OF ZACHARY HOLDINGS, INC., JOHN DOES 1-10, WHOSE NAMES ARE CURRENTLY UNKNOWN, | § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court grant Plaintiffs' motion for final approval of the parties' class action settlement and enter the parties' proposed final judgment. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 21st day of July, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE